■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PROOF OF THE PUDDING, INC., Appellant. — Judgment, Supreme Court, New York County (Wallach, J.), rendered on November 20, 1981, unanimously affirmed. (See opn of Lang, J., at Trial Term, 108 Misc 2d 86; see, also, *People v Lyon,* 82 AD2d 516; *People v Felber,* 264 App Div 181.) No opinion. Concur — Sandler, J. P., Carro, Asch and Silverman, JJ.

■ MICHAEL ROMANSZYN, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (A. P. Williams, J.), entered on July 20, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ GREGORIO RONDON, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (Shainswit, J.), entered on June 8, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ NICOLA MARINELLI, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (Bookson, J.), entered on June 2, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ VITO MARIELLA, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (Blyn, J.), entered on July 8, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ JAMES HOWARD, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (H. G. Schwartz, J.), entered on July 6, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ EDDIE ANDERSEN, Respondent, v PRUDENTIAL LINES, INC., Appellant. — Order, Supreme Court, New York County (A. Williams, J.), entered on May 21, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. (See *Bare v Prudential Lines,* 88 AD2d 1114.) No opinion. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER AVERY, Also Known as CHRISTOPHER J. AVERY, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on November 4, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Markewich, Bloom and Milonas, JJ.